In the Matter of the Claim of MICHAEL DUNN, Respondent, against FREDERICK W. D. LUNDY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of GUISEPPE DOMIANI, Respondent, against LA SALA BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PETER PRENSCHETZ, Respondent, against CENTURY IRON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNIE L. WATSON, Respondent, against DAUM, ROGERS, SPRITZER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of EDWIN A. SIRDEVAN, Respondent, against SEAMAN CONTAINER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by substituting eighteen dollars and thirty-four cents in place of twenty dollars per week, and the calculation of the amount due in accord therewith, and as so modified unanimously affirmed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ROSELL WAGONER, Respondent, against MERRELL-SOULE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of WILLIAM J. THOMAS, Respondent, against HICKEY CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MIRIAM B. FIELD and Another, Respondents, against CHARMETTE KNITTED FABRIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the injury did not arise in the course of the employment. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.